UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTY CHRISWELL, )
)
    Plaintiff, ) Case No. 2:13-cv-10126-PDB-RSW
vs. )
) HON. PAUL D. BORMAN
PENTAGROUP FINANCIAL, LLC, )
a Texas limited liability company, ) MAGISTRATE: R. STEVEN WHALEN
)
    Defendant. )
_____)

## NOTICE OF SETTLEMENT

The parties have settled the herein cause of action and will file dismissal papers with the Court on or before October 7, 2013.

Dated: September 5, 2013    VARNUM

    By: /s/ Randall J. Groendyk
        Randall J. Groendyk (P37196)
    Business Address and Telephone:
        Bridgewater Place, P.O. Box 352
        Grand Rapids, MI  49501-0352
        (616) 336-6000
        rjgroendyk@varnumlaw.com

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2013, a true and correct copy of the following document:

**Notice of Settlement**

was electronically filed with the Clerk of the Court filing with the Court's ECF electronic filing system which will send a copy to electronically to the following:

Gary Nitzkin
Nitzkin and Associates
22142 W. Nine Mile Road
Southfield, Michigan 48033
gnitzkin@creditor-law.com

/s/ Randall J. Groendyk
Randall J. Groendyk (P37196)

6446133_1.DOCX