UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTY CHRISWELL,
    Plaintiff,

-vs.-    Case No. 2:13-cv-10126
    Hon. Paul D. Borman
    Mag Hon R. Steven Whalen

PENTAGROUP FINANCIAL, LLC,
a Texas limited liability company,
    Defendant.

## STIPULATION TO DISMISS DEFENDANTS WITH PREJUDICE AND WITHOUT COSTS

The parties stipulate to the dismissal of this case with prejudice and without costs and attorney fees to either party.


| s/ Gary Nitzkin | s/ Randall J. Groendyk |
|---|---|
| Gary D. Nitzkin (P41155) | Randall J. Groendyk (P37196) |
| Attorney for Plaintiff | Attorney for Defendant |
| Nitzkin & Associates | Bridgewater Place |
| 22142 West Nine Mile Road | P.O. Box 352 |
| Southfield, Michigan 48034 | Grand Rapids, MI 49501 |
| (248) 353-2882 | (616) 336-6000 |
| gnitzkin@creditor-law.com | rjgroendyk@varnumlaw.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONTY CHRISWELL,
    Plaintiff,

-vs.-                                           Case No. 2:13-cv-10126
                                              Hon. Paul D. Borman
                                              Mag Hon R. Steven Whalen

PENTAGROUP FINANCIAL, LLC,
a Texas limited liability company,
    Defendant.
_____/

## ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

The parties have resolved this matter by way of settlement agreement and the court being otherwise fully advised as to the promises therein;

**IT IS HEREBY ORDERED** that the within cause of action is hereby dismissed with prejudice and without costs and attorney fees to either party.

                                                                   s/Paul D. Borman
                                                                   PAUL D. BORMAN
                                                                   UNITED STATES DISTRICT JUDGE

Dated: October 3, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 3, 2013.

                                                                   s/Deborah Tofil
                                                                   Deborah Tofil
                                                                   Case Manager (313) 234-5122